IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SOUTHERN GUARANTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 11-0506-KD-B ) |
| WILLIAM L. ROBINSON, JR., | ) ) ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the Order issued on this date, it is hereby ORDERED, ADJUDGED and DECREED that pursuant to Fed.R.Civ.P. 55(b), DEFAULT JUDGMENT is rendered in favor of Plaintiff Southern Guaranty Insurance Company and against Defendant William L. Robinson, Jr., for his failure to plead or otherwise defend.

Accordingly, DECLARATORY JUDGMENT is entered in favor of Plaintiff as follows:

That Southern Guaranty has met all of its duties under the subject policy with respect to the Robinson property damage claims arising from Hurricane Ivan; and

that under these circumstances, Robinson has no right to invoke the Appraisal provisions of the policy.

The Clerk is directed to mail a copy of this Judgment, by certified mail, to Robinson at his address of record.

DONE and ORDERED this 1st day of February, 2012.

s / Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE